**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **AMY ELIZABETH ANDRADE** | § | |
|    **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CAUSE NO.:  7:20-CV-180** |
| | § | |
| **WAL-MART STORES TEXAS, L.L.C.** | § | |
|    **Defendant** | § | **DEMAND TRIAL BY JURY** |

---

**DEFENDANT WAL-MART STORES TEXAS, L.L.C.'S NOTICE OF REMOVAL**
**UNDER 28 U.S.C. § 1441(B) (DIVERSITY)**

---

**TO THE HONORABLE JUDGE OF THIS COURT:**

**NOW COMES WAL-MART STORES TEXAS, LLC,** a Defendant in the above styled and numbered cause and removes the above action from the 332nd Judicial District Court of Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division and files this its Notice of Removal pursuant to 28 U.S.C. § 1334(c)(2), 1452(a), and Rule 9027.

1. On May 26, 2020, an action was commenced against Defendant **WAL-MART STORES TEXAS, LLC** in the 332nd Judicial District Court, Hidalgo County, Texas, styled *Amy Elizabeth Andrade vs. Wal-Mart Stores Texas, LLC;* Cause No. C-1788-20-F.  The record reflects that Plaintiff has demanded a trial by jury.  *A copy of that suit is attached hereto as Exhibit A.*

2. **WAL-MART STORES TEXAS, LLC** was served on June 2, 2020, and timely filed an Answer with the State Court.  *A copy of the citation is attached hereto as Exhibit B.*  Please note that the Citation does not show the date of service; however, the Court's Docket Sheet does show that Defendant was served on June 2, 2020.  In accordance with

Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

a. Plaintiff's Original Petition;

b. Copy of Citation of Defendant Wal-Mart Stores Texas, LLC;

c. Docket Sheet;

d. Defendant's Original Answer;

e. Defendant's Jury Demand.

f. Defendant's Notice of Removal (State Court)

In addition, Defendant includes a copy of the docket sheet of the state court matter, a *copy of which is attached hereto as Exhibit C*.

3. Plaintiff has filed the lawsuit against the Defendant, **WAL-MART STORES TEXAS LLC** for damages allegedly resulting from a slip and fall at a Wal-Mart Store located in Hidalgo County, Texas.  The claims made include various theories of negligence, premises liability, and Respondeat Superior.  Specifically, Plaintiff alleges that Plaintiff, at all material times, was an invitee on the premises of Defendant **WAL-MART STORES TEXAS, LLC** at the time of her injuries and damages.  Plaintiff alleges that she slipped and fell as a result of a dangerous condition on the floor of the premises. Plaintiff alleges that Defendant was aware or should have been aware of the dangerous condition of the premises prior to Ms. Andrade's injuries and failed to warn Plaintiff and/or correct the condition.  Plaintiff alleges that Defendant had a duty to use ordinary care to ensure that the premises did not present a danger to Plaintiff; had a duty to inspect; and had a duty to warn or to cure.  Plaintiff alleges that the individuals who committed the tors were employees of Defendant acting within their general authority, in

furtherance of Defendant's business, and for the accomplishment of the object for which they were hired.

4. In her Original Petition, Plaintiff pleads that she is seeking monetary relief of no less than $200,000.00, but not more than $1,000,000.00. Plaintiff also seeks prejudgment and post-judgment interest at the highest legal rate, as well as exemplary damages. As such, **WAL-MART STORES TEXAS, LLC**, submits that the amount in controversy is in excess of $75,000.00 and removal is appropriate pursuant to 28 U.S. § 1441(b).

5. In her Original Petition, Plaintiff pleads that she is a resident of Hidalgo County, Texas, as such, a citizen of the State of Texas.

6. Defendant **WAL-MART STORES TEXAS, LLC**, was, at the time this suit was filed, and still is a Delaware limited liability company organized and existing under the laws of the State of Delaware. Its principal place of business is 702 SW 8th Street, Bentonville, Arkansas, 72716.

7. This case is a civil action of which this court has original jurisdiction under 28 U.S.C. § 1334(c)(2), 1452(a), and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a)(b) and 1446(b). This is a civil action in which Plaintiff's state citizenship, in her pleadings, is different from that of the Defendant **WAL-MART STORES TEXAS LLC**. Thus, there is complete diversity between the true parties in interest. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8. Copy of the Notice of Removal filed in the state court is *attached hereto as Exhibit F*.

9. Copies of all pleadings, process, orders and other filings in the state court are attached to this notice as required by 28 U.S.C. § 1446(a).

10. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

11. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

12. Defendant demanded a jury in the state court suit.

13. For the foregoing reasons, Defendant **WAL-MART STORES TEXAS LLC**. asks the Court to remove the suit to The United States District Court, Southern District of Texas, McAllen Division.

Respectfully Submitted,

**THORNTON, BIECHLIN,**
**REYNOLDS & GUERRA, L.C.**
418 E. Dove Ave.
McAllen, Texas 78504
Tel.: (956) 630-3080
Fax: (956) 630-0189

**BY:** _/S/ Rafael Garcia, Jr._
**RAFAEL GARCIA, JR.**
State Bar No.07641300
ragarcia@thorntonfirm.com
**ATTORNEY FOR  DEFENDANT**
**WAL-MART STORES TEXAS, L.L.C.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served on all parties, via e-mail. pursuant to Texas Rules of Civil Procedure, on this the 1st day of July 2020.

*Via Email:  eservice@geslawfirm.com*
Mr. R. Todd Elias
Gordon, Elias & Seely, LLP
1811 Bering Drive, Suite 300
Houston, Texas 77057
 (713) 668-9999
*Attorneys for Plaintiff*

_/S/ Rafael Garcia, Jr._____
**RAFAEL GARCÍA, JR.**